AMY ENDO (SBN 272998)
NAMRATA KAKADE (SBN 361958)
LEONARD CARDER, LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
aendo@leonardcarder.com
nkakade@leonardcarder.com

*Attorneys for Defendant*
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL 1245

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHETAKHOM TU MANIVONG,<br><br>Plaintiff,<br>v.<br><br>CITY OF REDDING; LAUREN MEYERS; REGAN ORTEGA; JON SHELDON; REGAN POLICY DEPARTMENT; IBEW LOCAL 1245 AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:26-cv-01900-TLN-CSK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IBEW LOCAL 1245'S MOTION TO DISMISS**<br><br>Hon. Troy L. Nunley |

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

This matter came on regularly for hearing before the Honorable Troy L. Nunley in Courtroom 2 of the 15th Floor of the above-entitled Court on ___________, 2026, pursuant to a duly noticed Motion to Dismiss the First Amended Complaint by Defendant International Brotherhood of Electrical Workers Local 1245 ("IBEW Local 1245"). Namrata Kakade, Esq. and Amy Endo, Esq. appeared on behalf of Defendant IBEW Local 1245. Eric Alan Berg, Esq. and Daniel Shepherd Henderson, Esq. appeared on behalf of Plaintiff Phetakhom Tu Manivong.

After consideration of the briefs and arguments of counsel, and all other matters presented, the Court makes the following findings:

(1) This Court lacks subject matter jurisdiction over Plaintiff's claims against IBEW Local 1245 because they are preempted by the duty of fair representation under the Meyers-Milias-Brown Act, Cal. Gov't Code §§ 3500-3511, within the exclusive jurisdiction of the Public Employment Relations Board.

(2) Plaintiff has failed to plead factual allegations sufficient to state a claim for relief against Local 1245 for breach of contract, wrongful discharge in violation of public policy, intentional infliction of emotional distress, or violation of the duty of fair representation.

IT IS HEREBY ORDERED that Defendant IBEW Local 1245's Motion to Dismiss is granted, and Plaintiff's First Amended Complaint as against IBEW Local 1245 is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____________

_________________________________
Hon. Troy L. Nunley
Chief United States District Judge