AMY ENDO (SBN 272998)
NAMRATA KAKADE (SBN 361958)
LEONARD CARDER, LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
aendo@leonardcarder.com
nkakade@leonardcarder.com

*Attorneys for Defendant*
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL 1245

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHETAKHOM TU MANIVONG,<br><br>Plaintiff,<br>v.<br><br>CITY OF REDDING; LAUREN MEYERS; REGAN ORTEGA; JON SHELDON; REGAN POLICY DEPARTMENT; IBEW LOCAL 1245 AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:26-cv-01900-TLN-CSK<br><br>**PROOF OF SERVICE**<br><br>Hon. Troy L. Nunley |

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

# PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 years old and not a party to the within action; my business address is 1999 Harrison Street, Suite 2700, Oakland, CA, 94612. On **July 13, 2026**, I served a true and accurate copy of the foregoing document(s):

- **DEFENDANT IBEW LOCAL 1245'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
- **[PROPOSED] ORDER GRANTING DEFENDANT IBEW LOCAL 1245'S MOTION TO DISMISS**

on all interested parties in this action as follows:

**Eric Alan Berg**
**Daniel Shepherd Henderson**
**THE LAW OFFICES OF BERG & ASSOCIATES, INC.**
1361 Esplanade
Chico, CA 95926
eric@bergslaw.com
sdeol@bergslaw.com

**Ronald J. Scholar**
**Tyler J. Sherman**
**COLE HUBER LLP**
2281 Lava Ridge Court
Suite 300
Roseville, CA 95661
tsherman@colehuber.com

☑ **BY CM/ECF:** I caused the documents to be electronically filed with the Clerk of the Court for the United States District Court of the Eastern District of California, which will send notice of such filing to the address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 13, 2026** at Daly City, California.

Leslie Rose