Eric Alan Berg [SBN 121195]
THE LAW OFFICES OF BERG & ASSOCIATES, INC.
1361 Esplanade
Chico, CA 95926
(530) 223-5100 (Tel)
(530) 223-5200 (Fax)
info@bergslaw.com

Attorneys for Plaintiff
**PHETAKHOM TU MANIVONG**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHETAKHOM TU MANIVONG.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING; LAUREN MEYERS; REGAN ORTEGA; JON SHELDON; REDDING POLICE DEPARTMENT; I.B.E.W 1245 AND DOES 1 THROUGH 50, INCLUSIVE<br><br>Defendant | Case no: 2:26-cv-01900-TLN-CSK<br><br>**DECLARATION OF ERIC ALAN BERG IN SUPPORT OF PLAINTIFF'S REQUEST FOR LEAVE TO FILE OPPOSITION OUT OF TIME**<br><br>JUDGE: HON. TROY L. NUNLEY<br>DATE: August 20, 2026<br>TIME: 2:00 p.m.<br>COURTROOM: 2 |

**DECLARATION OF ERIC ALAN BERG**

I, Eric Alan Berg, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner in The Law Offices of Berg & Associates, Inc., and counsel of record for Plaintiff Phetakhom Tu Manivong in the above-entitled action.
2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

3. On or about July 13, 2026, Defendant IBEW Local 1245 filed its Notice of Motion and Motion to Dismiss (Dkt. No. 8) and served it, according to the Proof of Service filed as Dkt. No. 8-2, by CM/ECF to eric@bergslaw.com and sdeol@bergslaw.com.

4. The email address sdeol@bergslaw.com is not, and has never been, an email address used by any attorney of record for Plaintiff in this action. It does not appear on the operative First Amended Complaint, on this firm's letterhead, or in any prior filing or correspondence exchanged in this matter.

5. As a result of service to an address not associated with any attorney actively handling this matter, the electronic notification generated by the filing of Dkt. No. 8 did not come to my attention, or to the attention of any other attorney at this firm working on this case, in the ordinary course of practice.

6. I first became aware that Dkt. No. 8 had been filed on or about August 10, 2026. I began preparing Plaintiff's Opposition immediately upon learning of the motion.

7. No continuance, extension, or stipulation regarding the briefing schedule on Dkt. No. 8 was requested or agreed to by the parties prior to the filing of this declaration, because Plaintiff's counsel was unaware the motion had been filed until after the presumptive opposition deadline under Local Rule 230(c) had passed.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

//

//

//

//

Respectfully submitted this 17 day of August 2026.

**THE LAW OFFICES OF BERG & ASSOCIATES, INC.**

Eric Alan Berg
Attorney for Plaintiff
**PHETAKHOM TU MANIVONG**

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Shasta County, California. I am over the age of eighteen years and not a party to the within action. My business address is 5000 Bechelli Lane, Suite 201, Redding, California, 96002. On this date I served:

**DECLARATION OF ERIC ALAN BERG IN SUPPORT OF PLAINTIFF'S REQUEST FOR LEAVE TO FILE OPPOSITION OUT OF TIME**

______by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office mailbox at Redding, California, addressed as set forth below.

______by personally delivering a true copy thereof to the person and at the address set forth below.

______by electronic mail to the address below from plagaay@bergslaw.com pursuant to Code of Civil Procedure §1010.6 and California Rules of Court rule 2.251.

Amy Endo
Namrata Kakade
LEONARD CARDER, LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
aendo@leonardcarder.com
nkakade@leonardcarder.com
Attorneys for Defendant IBEW Local 1245

Ronald J. Scholar
Tyler J. Sherman
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, CA 95661
tsherman@colehuber.com
Attorneys for Defendants City of Redding, Lauren Meyers, Regan Ortega, Jon Sheldon, and Redding Police Department

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the _____ day of August 2026, at Redding, Shasta County, California.

___________________________________