AMY ENDO (SBN 272998)
LEONARD CARDER, LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
aendo@leonardcarder.com

*Attorney for Defendant*
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL 1245

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHETAKHOM TU MANIVONG,

Plaintiff,

v.

CITY OF REDDING; LAUREN MEYERS; REGAN ORTEGA; JON SHELDON; REGAN POLICY DEPARTMENT; IBEW LOCAL 1245 AND DOES 1 THROUGH 50, INCLUSIVE,

Defendants.

Case No. 2:26-cv-01900-TLN-CSK

**NOTICE OF CHANGE IN COUNSEL**

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The law firm of Leonard Carder, LLP hereby notifies the Court that Counsel Namrata Kakade no longer represents any party to this action. Leonard Carder, LLP and its remaining attorneys who have appeared in this action, including Amy Endo, continue to represent Defendant International Brotherhood of Electrical Workers Local 1245 in this matter.

Accordingly, Leonard Carder, LLP respectfully requests that the Court remove Ms. Kakade from the Court's electronic service in this matter.

DATED: September 24, 2026

Respectfully submitted,
LEONARD CARDER LLP

By: /s/Amy Endo
Amy Endo

*Attorney for Defendant*
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245

Leonard Carder LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612

**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California. I am over the age of 18 years old and not a party to the within action; my business address is 1999 Harrison Street, Suite 2700, Oakland, CA, 94612. On **September 24, 2026**, I served a true and accurate copy of the foregoing document(s):

**NOTICE OF CHANGE IN COUNSEL**

on all interested parties in this action as follows:

**Eric Alan Berg**
**Daniel Shepherd Henderson**
**THE LAW OFFICES OF BERG & ASSOCIATES, INC.**
1361 Esplanade
Chico, CA 95926
eric@bergslaw.com

**Ronald J. Scholar**
**Tyler J. Sherman**
**COLE HUBER LLP**
2281 Lava Ridge Court
Suite 300
Roseville, CA 95661
rscholar@colehuber.com
tsherman@colehuber.com

☑ **BY CM/ECF:** I caused the documents to be electronically filed with the Clerk of the Court for the United States District Court of the Eastern District of California, which will send notice of such filing to the address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 24, 2026** at Oakland, California.

Leslie Rose