AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Phetakhom Tu Manivong<br>*Plaintiff*<br>v.<br>City of Redding, et al.<br>*Defendant* | ) | Case No. 2:26-cv-01900-TLN-CSK |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Brotherhood of Electrical Workers, Local 1245 .

Date: 10/16/2026

/s/Namrata Kakade
*Attorney's signature*

Namrata Kakade, CA State Bar No. 361958
*Printed name and bar number*

Leonard Carder LLP
1999 Harrison St., Ste. 2700
Oakland, CA 94612
*Address*

nkakade@leonardcarder.com
*E-mail address*

(510) 272-0169
*Telephone number*

(510) 272-0174
*FAX number*